USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alphonso Syville,

                Plaintiff,

-against-

City of New York et al.,

                Defendants.

1:20-cv-00571 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      The Court's February 20, 2020 Order required Plaintiff to file an Amended Complaint within thirty days of receiving information from Project Renewal identifying the Director of the Men's Shelter and the Supervisor of the Men's Shelter. (Order of Service, ECF No. 7.) This information was mailed to Plaintiff on April 20, 2020. (*See* Letter, ECF No. 11). In light of the current global health crisis, Plaintiff's time to file an Amended Complaint is hereby extended until June 15, 2020. Plaintiff is reminded that the Amended Complaint will replace, not supplement, the original Complaint.

      Plaintiff is advised that, due to the health crisis, parties proceeding *pro se* are encouraged to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. For more information, including instructions on this new email service for *pro se* parties, please visit the Court's website at https://www.nysd.uscourts.gov/prose.

      A copy of this Order will be mailed to the *pro se* Plaintiff by Chambers.

**SO ORDERED.**

DATED: New York, New York
April 22, 2020

_____
STEWART D. AARON
United States Magistrate Judge