UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/18/2020
```

Alphonso Syville,

                              Plaintiff,

          -against-

City of New York et al.,

                              Defendants.

1:20-cv-00571 (LTS) (SDA)

<u>ORDER OF SERVICE</u>

**STEWART D. AARON, United States Magistrate Judge:**

On June 15, 2020, Plaintiff filed a Letter titled Amended Complaint naming the two individual defendants identified by Defendant Project Renewal and requesting copies of certain cases documents. (*See* Letter, ECF No. 15.) Although Plaintiff was advised that his Amended Complaint would replace, not supplement, his earlier pleadings, the Amended Complaint only names the two individual defendants and does not include any substantive allegations. (*See id*.) However, under the unique circumstances involving this *pro se* Plaintiff, the Court will consider this amendment as a supplement to Plaintiff's earlier pleadings. Thus, the Court deems both of Plaintiff's January 21, 2020 Complaints (20-cv-00570 ECF No. 2 & ECF No.2), Plaintiff's January 24, 2020 Letter (ECF No. 4) and Plaintiff's January 15, 2020 amendment (ECF No. 15), together, as the operative pleading in this action. The operative pleading is attached to this Order as Exhibit A.

Because Plaintiff has been granted permission to proceed *in forma pauperis* ("IFP") (*see* ECF No. 5), he is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013 ); *see also* 28 U.S. C. § 1915(d) ("The officers

of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court

must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendants through the U.S. Marshals Service, the

Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form

("USM-285 form") for the newly added Defendants at the following addresses:

1. New York City Housing Authority
   90 Church Street, 11th Floor
   New York, NY 10007

2. Mayor Bill de Blasio
   City Hall
   New York, NY 10007

3. New York State Office of Alcoholism Substance Abuse Services ("OASAS")
   501 7th Avenue
   New York, NY 10018-5903

4. Sera Security
   2804A 3rd Ave
   Bronx NY 10455

5. Etta Graham
   Project Renewal
   200 Varick Street
   New York, NY 10014

6. Judy Malloy
   Project Renewal
   200 Varick Street
   New York, NY 10014

The Clerk of Court is further instructed to issue summonses and deliver to the Marshals

Service all the paperwork necessary for the Marshals Service to effect service upon these

defendants.

Because Plaintiff, who has otherwise consented to receive electronic service (*see* ECF No. 3), has requested copies of case documents, a copy of this Order and the attached operative pleading will be mailed to Plaintiff by Chambers. If Plaintiff needs copies of additional case documents, he must identify the specific documents that he requires.

**SO ORDERED.**

DATED:      New York, New York
            June 18, 2020

_____
STEWART D. AARON
United States Magistrate Judge

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dexter Murray, Donald A Lord
Alphonso Syville, ET, al (see waivers)

_____

Write the full name of each plaintiff.

**2 0** CV **CV 570**

(Include case number if one has been
assigned)

-against-

New York City of New York

Project Renewal

Department of Homeless Services, OASIS

Mayor De Blasio, NYCHA, Seea Security ET, al

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☑ No

Class Action

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Americans with Disabilities Act of 1990 and the Rehabilitation Act of 1973, Civil Rights, Inhumane Conditions, Human Rights, Violation of Hippa Act, Discrimination, Cottallan vs Carey, Excessive force, unlawful Imprisonment, Negligence

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____ , is a citizen of the State of

(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

Donald A Lord, Alphonso Spille, Dexter Murray, Let, Al see waiver

First Name              Middle Initial          Last Name

651 w 168st  Fort Washington for Homeless single M

Street Address

10032

County, City                 State              Zip Code

646-673-3205                Sohoonent27@Aol.Com

Telephone Number            Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:     *Project Renewal*

First Name                                Last Name

Current Job Title (or other identifying information)

651, 168 st

Current Work Address (or other address where defendant may be served)

County, City                    State                    Zip Code

Defendant 2:     *Department Homeless Service*

First Name                                Last Name

33 Beaver

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State                    Zip Code

Defendant 3:     *N.YCHA*

First Name                                Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State                    Zip Code

Defendant 5: Mayor Bill Deblaiso
City Hall

Defendant 6: - OASES

Defendant 4:    **Serra    Security**

First Name              Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Fort Washington Shelter For Homeless Men

Date(s) of occurrence: 6/19 until Present

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Denied Entrance In the Shelter, Mishandling and Advancement of Medication, No Heat for winter, Washer's not working, Infested with Insects in the Bathroom, Not Enough Cognizance and Linens Need To stay in the Shelter, Unfair treatment by staff and DHS Peace Officer's (Make us take our shoes' of after we cleared the Metal Detector Security), Improper Use of Authority and our Mental Illness which they say we need to be EDP when we Don't, Steal our Property our money and Med's, Retaliation, if we make complaint they Deny us bed's or take we and Put us out the shelter's, That our Pockets Disrobe at store Even after we cleared the Metal Detector, Assault Us, (see Attach # 1 & 3 )( an

INCARCERATION

This is a MICA shelter and because of our Mental Illness and Criminal Backgrounds we cant get Housing or NO NYCHA appartment without leso to Years in the shelter, Our Complaints to 311 goes unanswered all our Complaints to the Mayor goes unanswered and Ingnared. (SEE Attachme 1+2).

Oasis fund the drug addiction But there are more guys on Drugs Then OASIS is funding and OASIS aint check on Clients or Nothing

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Addiction, Health problems, Respiratoral problems, Panic Att Depression, lost lungs, Hospitalizes, Higher Medication, Bed Bugs bite, Teanizers, Delusion, Embaressment, Dont want to go is the public with the use of Retailation Upon Request, Personal Papers..

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

300 Million Dollars

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 1/19/2020 | a. Syville (see waivers) ET, Al |
| Dated | Plaintiff's Signature |
| A. Syville D Loep, Dexter Murray, (see waivers) ET, Al | |
| First Name    Middle Initial    Last Name | |
| 631 w 168 st Fort Washington Homeless Men's Shelter | |
| Street Address | |
| N.C.    N-Y    10032 | |
| County, City    State    Zip Code | |
| 646-673-3205    Solnoent217 @ Aolicom | |
| Telephone Number    Email Address (if available) | |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

IN No WAY, I Alphonso Syville     1/16/20
Is Rep'N the Class as an Attorney. I'M
Just Doing the Foot work Because Most of the 30 are
IN Wheelchairs, Walkers, Physical and Mental Disability

To whom this may Concern/ Ya Honor

We the Mica Homeless Clients at
Foet Washington Shelter for Single Adult
Men give permission to Alphonso Syville
our Client Advocate to advocate on our Behalf
about our Rights being Violated at foet
Washington. (SEE Attach #1 #6)

So of us is dead, IN wheelchairs, uneducated
ED and its Hard for Some of us to write.
So we will tell Syville what to write for
Us and Sign and Print our Names where
they Suppose to Go

Also Ya Honor
Can you please put a Notice in the Case
about Alphonso Syville and all of Us
Fear Retaliation from Department of
Homeless Services, the staff and Its peace
officers at the foet Washington Shelter
We IN
Ya Honor They will transfer us on
this list to Different Shelters to try to
IN for         This Class Action
1 of 3
Next Page

Civil Suit. They know once they seperate us, it's hard for us to keep up with each other. Because once a Client is Transferred, there's no way another Client can find out where next.

Again, Some of us is in Wheelchairs, Walkers, On Med, Elders, etc.

So if it's any way that you can make sure that Retaliation is not taking out on us for Standing for our Right.

Ya Honor, we Been complaining, Greiva nce, 311 for years and it all went ignored.

Thank you Very Much for taking the Time to read These

SEE ATTACH #1

Alphonso Spillet 30

2 of 3

Clients
Signature

1/16/20

1) Alphonso Syville
2) Rob [signature]
3) John Bonilla
4) Edward Greens
5) Michael Lopez
6) BB
7) Anthony Ashley
8) Julio C Marin
9) [signature] Edward Russo 1/h
10) [signature]
11) [signature]
12) John Smith
13) Derrell Williams
14) Timothy Russell
15) [signature]

16) Eugene Des
17) [signature]
18) [scribbled out]
19) M 1/6/19
20) [signature]
21) [signature]
22) Aki Reed
23) Bashiri Coleman
24) Robert Flemm
25) Domonique Carrington
26) They
27)
28) Around
29) Somewhere but they here
30) Brian Pereira
    Anthony McDonald

Temporary Restraining Order on
this 30 please Ya Honor. Or something about
their transferring else Retaliation sus to
Disturb the case. Some see in Wheelchairs, some
Have walkers, some have Physical Disability some of
Us have Mental Disabilities.

SEE ATTACH #1, b.
                    2803

Thank You
Alphonso Syville & 30

1/21/20

To whom this May Concern

I Alphonso Syville Is experiencing A Alot of Retaliation and Threats From the Staff at Homeless Mica Shelter, fort Washington for Single Adult Men.

They Violating My 1st Amendant Right and They Not allowing me to Advocate on my behalf and the other Clients.

Im experiencing these things only because im speaking up for me and the Clients Right.

They tell me Mind my Business, Telling They Gonna EDP me, don't give me what I need to survive in the shelter Dont answer my emails nor greivances

Alphonso Syville

R. Syl

P.S. I don't Feel SAFE In the Shelter Im In cause of the fear of retaliation from staff? DHS

Attachment #1

**NYC**
**Department of**
**Homeless Services**

SHELTER NAME: _____

DATE: ___ / ___ / ___

FAMILY COMPOSITION: # ADULTS _____   # CHILDREN _____

| LAST NAME (HEAD OF HOUSEHOLD) | FIRST NAME | MI |
|---|---|---|
| SOCIAL SECURITY NUMBER | DATE OF BIRTH | CASE # |

# STATEMENT OF CLIENT RIGHTS
# AND CLIENT CODE OF CONDUCT

The **Statement of Client Rights and Client Code of Conduct** sets out the standards for staying in short-term temporary housing assistance ("shelter"). Since shelter is not a home, but rather a stepping stone to permanent housing and rejoining the community, there are certain expectations for you while in shelter. These standards ensure shelters are safe for everyone and that we work together to help you move as quickly as possible from emergency housing to a home.

**While in shelter, your rights include:**

1. The right to exercise your civil rights and religious freedoms;

2. The right to have your personal, financial, social and medical information kept confidential by DHS and shelter staff;

3. The right to meet and have written communications with your legal representatives in private;

4. The right to receive courteous, fair and respectful treatment;

5. The right to remain in the facility, and not be involuntarily transferred or discharged except in accordance with State regulations and the DHS procedures implementing those regulations;

6. The right to present grievances on behalf of yourself and other residents to your shelter or DHS without fear of retaliation and to receive a timely response;

7. The right to manage your own finances;

8. The right to receive visitors in common areas of the facility Monday through Friday between 6 pm and 9 pm and on Saturday and Sunday between 12 pm and 4 pm;

9. The right to leave and return to the facility in accordance with the 10 pm curfew;

10. The right to send and receive mail without interference or interception;

11. The right to be free from physical restraint or confinement; and

12. The right to end your shelter stay at any time.

**Single acts of the following misconduct may lead to the loss of shelter:**

1. You are forbidden to bring weapons and any illegal substances into the shelter.

2. Violence, threatened violence, or other illegal conduct is not permitted and will be reported to law enforcement authorities.

**Attachment #2**



Department of
Homeless Services

# Notice of Disability Rights

Title II of the Americans with Disabilities Act (the "ADA"), as amended, the Rehabilitation Act of 1973, state and local laws, and regulations promulgated pursuant to these Federal, State and local laws protect qualified individuals with a disability from discrimination on the basis of that disability in the delivery of or access to benefits, programs, services or activities of the Department of Homeless Services ("DHS").

This notice is posted to inform the public of the privileges, protections and requirements created by Federal, State, and local laws regarding individuals with disabilities and their access to the benefits, programs, and services offered by DHS.

## Accommodation Procedure

A "Reasonable accommodation" includes modification to the program's or facility's policies or practices, removal of impediments created by architectural, communication or transportation barriers, and the provision of auxiliary aids or services.

If you believe that you require a Reasonable Accommodation in order to fully access DHS programs or services, please contact your Program/Facility Director or your Case Worker.

DHS does not discriminate against any qualified individual with a physical or mental disability in its services, programs or activities or exclude any qualified individual from participation in DHS benefits, programs and services.

If you believe that you have been discriminated against because of a physical or mental disability with respect to DHS services, programs, or activities, you may file a complaint with the DHS EEO Officer:

Office of Diversity & Equal Opportunity Affairs
33 Beaver Street,
New York, New York 10004
Tel. 212-361-7914
TTY. 212-361-8091
eoa@dhs.nyc.gov
This notice is available in alternative formats upon request



Ya Honor          **Attachment#3**          1/19/20

DLORD45 @ gmail.com. and others
Have alot of Complaints sent out in they
Email & on the Phone.

So of the 31 see of Age and it's Hard
For them to write. Alot of us including me are
311 Complaints cause for them it's easier to talk,
Some can't spell but they can talk and record, some psych
and Mental Disabilities prevent some of them from
write. So we as a class Have alot of evidence
ce but not on paper. Thank you for understanding

A. Spuille #30
(see Waivers
Et, Al)

Attac

January 2020-19th

Since Coming to Fort Washington
March of Lost year. I have
witness A Lot of Disorder from
Staff Residents and Counselors.
I even had surgery on my spine
Because I was trying to secure
my property. I moved a Locker
that the maintnace was suppse to
handle the movement of the Lockers
I wasn't told not to move them, but
I suffered a damage 3 and 4
Lumbar in my spine Because not for
Be Careless, but from Maintance not
having worker to do the job.
The Bathroom always filthy dirty
and lots of K-2 Being Smoked
By the residents in the facility.
I can't speak for others But I
know what I have been through
the food is always prepare but
the food I don't eat Because it's
not eatable to Be. I get sick
from eating it amtugst others
in the facilty they just Treat every

~~[struck out text]~~

very messed up here they take
Beds from handicap residents if
they are 5 minutes late for
getting to the facility thats not
far because I know from being
in a wheelchair for one month
and Basicaly 3 weeks Because I
was in a wheelchair myself.
They have not help mo with housing
because I was told by my counselor
that they only help with housing
30% of helping me with housing
I don't know what to Do in this
place. and It's not a good place
to Live. I know that I have rights
But they are being violated

Sincerely Concerned
Anthony MY mel 1

**PROJECT RENEWAL, INC. – FORT WASHINGTON MEN'S SHELTER**

**CLIENT GRIEVANCE REPORT**

Date of Complaint: _1-17-2020_       Complaint Received By: _____

Name of Client: _Issac Dickeson_    PRI Program Affiliation: _____

                               Case Manager: _____

Nature of Grievance/Complaint:

1) Staff - Unprofessional

2) Roach -

3) Clients best ~~ente~~ interance not property wher Decision
   Made by Staff Member

4- Staff giving out Medication not qualified, Hard to get
   To aur Med's

5) Heating - off and on in Winter

Date of Client Notification of Disposition: _____

Client Response:

Report Completed By: _____

Form Revised 8/1/2013

**PROJECT RENEWAL, INC. – FORT WASHINGTON MEN'S SHELTER**

## CLIENT GRIEVANCE REPORT

Date of Complaint: 1/17/20

Name of Client: Akeem Reed

Complaint Received By: _____

PRI Program Affiliation: _____

Case Manager: _____

Nature of Grievance/Complaint:

Showers need to be painted.
Gnats in the shower.
Need Multiple liquid hydration options in the building after 10pm.
Heat in Bedroom
All Windows in room need to be ~~aba~~ able to open.

Date of Client Notification of Disposition: _____

Client Response:

Report Completed By: Akeem Reed

Form Revised 8/1/2013

## Anthony Dussard

| | |
|---|---|
| **From:** | Alphonso Syville <sohoodent27@aol.com> |
| **Sent:** | Wednesday, January 08, 2020 2:27 PM |
| **To:** | Anthony Dussard; constituentaffairs@dss.nyc.gov; ConstituentInquiry@hra.nyc.gov; CRCLCompliance@HQ.DHS.GOV; DisabilityAffairs@dss.nyc.gov; disabilityaffairs@hra.nyc.gov; FOIL@dss.nyc.gov; Ombudsman@dss.nyc.gov; schmeidlera@hra.nyc.gov; shaoulj@hra.nyc.gov; rodriguezchar@dss.nyc.gov |
| **Subject:** | Fwd: LEAVING THE DORMS IN THE MORNING |
| **Attachments:** | 20200108_135233.jpg |

**WARNING: The email message originated from outside Project Renewal.**

This is what we proposing as clients at Fort Washington Shelter for Mica Single Homeless Men
  ..and im working on more signature's
Alphonso Syville Client Advocate

From: Alphonso Syville <sohoodent27@aol.com>
Date: Wednesday, January 8, 2020
Subject: LEAVING THE DORMS IN THE MORNING
To: Anthony.Dussard <Anthony.Dussard@projectrenewal.org>

To whom this may concern...
   It was brought to our attention that we do not have to leave the dorms in the morning...
   But where we going in the cold...Yall push us out in the streets on the public with our mental illness...
   DHS says we DO NOT have to leave the dorms in the Morning...
   So can somebody please make a memorandum explaining and telling the gray shirts and clients THAT THEY
DO NOT HAVE TO LEAVE THE DORMS IN THE MORNING AS MICA CLIENTS...
Alphonso Syville

**PROJECT RENEWAL, INC. – FORT WASHINGTON MEN'S SHELTER**

## CLIENT GRIEVANCE REPORT

Date of Complaint: 1-17-2020

Name of Client: MIKE LOPEZ

Complaint Received By: _____

PRI Program Affiliation: _____

Case Manager: Paula, M.

Nature of Grievance/Complaint:

Food –
Roaches – in Rooms – & Bugs – also Showers
– Fights & Drugs – etc.
Thiefs, Steeling – money
etc.

Date of Client Notification of Disposition: _____

Client Response:

Report Completed By: Michael Lopez

Form Revised 8/1/2013

**PROJECT RENEWAL, INC. – FORT WASHINGTON MEN'S SHELTER**

## CLIENT GRIEVANCE REPORT

Date of Complaint: __1-18-20__     Complaint Received By: _____

Name of Client: __NINO, MALARY__     PRI Program Affiliation: _____

Case Manager: _____

Nature of Grievance/Complaint:

1) HAVING to GIVE AUTHORITY TO SOMEONE ELSE IN REGARDS TO MY TAKING MEDICATION. AS A MATURE AND Responsible PERSON. I GET MY PRESCRIPTIONS FILLED MYSELF. I PAY FOR MY MEDS MYSELF AND I TAKE them Accordingly (MORNING + Night.) I should NOT have to REPORT TO AnyONE TO TAKE MY MEDS AS Needed

Date of Client Notification of Disposition: _____

Client Response:

Report Completed By: _____

**PROJECT RENEWAL, INC. – FORT WASHINGTON MEN'S SHELTER**

## CLIENT GRIEVANCE REPORT

Date of Complaint: 1-17-20

Name of Client: Yanchik
Christopher Yanchik

Complaint Received By: _____

PRI Program Affiliation: _____

Case Manager: _____

Nature of Grievance/Complaint:

1) CLEANLESS
2) TReATMENT
3) ~~~~

Date of Client Notification of Disposition: _____

Client Response:

Report Completed By: _Christopher Yanchik_

Form Revised 8/1/2013

**PROJECT RENEWAL, INC. – FORT WASHINGTON MEN'S SHELTER**

**CLIENT GRIEVANCE REPORT**

Date of Complaint: 11-18-19

Name of Client: JULIO MARIN

Complaint Received By: Sh. Af Supr. Pany

PRI Program Affiliation: S/S

Case Manager: Damaris

Nature of Grievance/Complaint:

ON 11-14-19 or 11-15-19 I was taken from the lobby HERE !!! to the hospital Columbia Pres. across the stree I was vomitting blood in my sleep. When the person who packed me up they damaged my phone (scratch face while in my suitcase. Lost my NEW Left foot PUMA SNEAKER. New $30 umbrella in case of 2 cane's New 1 Aluminum, 2 light colored wood not New. Im NOT IN A position to fix or replace these items, please do what you can to rectify this.

Date of Client Notification of Disposition: _____

Client Response:

"I gave them right foot PUMA sneaker"
"I have broken phone."
if you want to see it??????

Thank yo
Julio Ma

Report Completed By: _____

Form Revised 8/1/2013

**PROJECT RENEWAL, INC. – FORT WASHINGTON MEN'S SHELTER**

## CLIENT GRIEVANCE REPORT

Date of Complaint: 1/6/20

Name of Client: Alphonso Syville

Complaint Received By: _____

PRI Program Affiliation: Pride

Case Manager: Anthony Dussard

Nature of Grievance/Complaint:

I lost my Bed on New Years and my Reebox classic was not packed up. I got a Bed on Jan 2nd (Thursday). On Saturday (Jan 4th) I went to look for my sneakee's cuse I walk on the weekends too + I'll exercise and they wasnt there. So I went back to them. I asked Maintenance and they Dont know it. So basically staff not to beg to bend down and pack my sneakee's up. they stay by my old bed for days and Maintenance threw them out. No sock pain on my lower Back. Clients always suffee because of their recession and Deuse staff.

I have no money to Buy me some sneu. I were a size 6 so they knew them was my sneakee's. Im the only 1 who were a size 6. I need some sneaker

Date of Client Notification of Disposition: _____

Client Response:

Report Completed By: _____

**PROJECT RENEWAL, INC. – FORT WASHINGTON MEN'S SHELTER**

## CLIENT GRIEVANCE REPORT

Date of Complaint: 1/18/20        Complaint Received By: _____

Name of Client: Donald ALord     PRI Program Affiliation: _____

Case Manager: Manija McKenzie

Nature of Grievance/Complaint: Exreme violations of NYC building code standards for air quality, Food being left out at room Temperature for HOURS in the Front lobby. Old wiring and receptacles not replaced as required by Code, Rare cleaning of bathroom stalls. HVAC ducts and return terminals full of FILTH many windows unscreened. Smoking is allowed in bathrooms

I have 100 documents and photos

Date of Client Notification of Disposition: _____

Client Response:

Report Completed By: _____

Form Revised 8/1/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AlpHunso Syville

Write the full name of each plaintiff.

**20 CV 571**

_____CV_____
(Include case number if one has been assigned)

-against-

City of New York
Project RenewAl
Director of Fort WAsHington
JoDy-Supervisor of Operation al fort WAsHington

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## COMPLAINT

Do you want a jury trial?
☐ Yes   ☑ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐  **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Americans with Disabilities Act (the "ADA"), The Rehabilitation Act of 1973, Hippa Rights, Denied Access into the Shelter, Denied Access to my Medication, falsifing statements, Unlawful Hospitalization, Retaliation, Violation of my 1st Amendment Right, The Right To Speak And Advocate without The FEAR of Retaliation

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
                        (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _Director At fort Washington Men's shelter (Jody)_, is a citizen of the State of
(Defendant's name)

_New York_

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _Director / Jody_, is incorporated under the laws of

the State of _New York_

and has its principal place of business in the State of _New York_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _City of New York_.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

## A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Alphonso_                          _Syille_
First Name              Middle Initial              Last Name

_10b Hornbean Ave_
Street Address

_Swedesboro_              _N.J._              _08085_
County, City              State              Zip Code

Telephone Number                     Email Address (if available)
_646-673-3205_                     _soltooent27@Aol.com_

Page 3

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:  Project Renewal

First Name                    Last Name

Homeless Men Shelter

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State              Zip Code

Defendant 2:  Director of Project Renewal

First Name                    Last Name

651 168st

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State              Zip Code

Defendant 3:  Jody Last Name Unknown

First Name                    Last Name

Supervisor of ~~the~~ operation at Project

Current Job Title (or other identifying information)

Renewal

Current Work Address (or other address where defendant may be served)

651 168st

County, City                    State              Zip Code

Defendant 4: _____

  First Name                    Last Name

  _____

  Current Job Title (or other identifying information)

  _____

  Current Work Address (or other address where defendant may be served)

  _____

  County, City                State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 2nd Floor IN the fort Washington Homeless Shelter

Date(s) of occurrence: 1/14/2020

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

SEE Attachment #1

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Pain' Suffering, Reduced my Med's, causes Injury to my Already Injueies Back, Post tramatic stress, Panic attreks when I see Her, Now, Forces Nearshe I did nees Need. (See Attachment #2).

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Million Dollars

_____
_____
_____

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

1/17/20
Dated

Plaintiff's Signature

Alphonso
First Name

Middle Initial

Syville
Last Name

10½ Hornbean Ave
Street Address

N.J
State

08085
Zip Code

County, City

646-673-3205
Telephone Number

soHouPent27@Aol.Com
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

Syville, Alphonso
Name (Last, First, MI)

106 Hornbean Ave                          08085
Address              City          State      Zip Code

646-673-3205                    SoHooDent27@AOl.Com
Telephone Number                E-mail Address

1/17/20                         A. Sylle
Date                            Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

*Attachment #1* (handwritten)

**Anthony Dussard**

| | |
|---|---|
| **From:** | Alphonso Syville <sohoodent27@aol.com> |
| **Sent:** | Tuesday, January 14, 2020 4:06 PM |
| **To:** | sohoodent27@aol.com; Anthony Dussard; constituentaffairs@dss.nyc.gov; ConstituentInquiry@hra.nyc.gov; DisabilityAffairs@dss.nyc.gov; disabilityaffairs@hra.nyc.gov; eoa@hra.nyc.gov; info@cfthomeless.org; LDavis@cfthomeless.org; Ombudsman@dss.nyc.gov; rodriguezchar@dss.nyc.gov; schmeidlera@hra.nyc.gov |
| **Subject:** | RE: Jody, the shift supervisor, ▓▓▓▓ The Guy in the Gray shirt complaint... |
| **Attachments:** | 20200114_151648.jpg; 20200114_151741.jpg; 20200114_151757.jpg |

WARNING: The email message originated from outside Project Renewal.

So i get up at 7.30am today..b at belluve by 9am for my appointment to get this back surgery appoi tment i been trying to get since Jack Ryan Remember..

So i get baxk to ~~Fort Washington~~ at 12.30pm in time for lunch...

I go to the shift supervisor and show him my Bed rest pass and ask can i be let in the room so i can rest and take my meds...

He tell me, i have to wait until medical open open up at 1pm so i can get a bed rest using they letterhead...

So 1 oclock i go to medical and medical tells me i have to see some lady who wasnt around and who comes back at 1.30..

So i go to the gray shirt security guys whi got the key to the dorms and ask them to escort me to my dorm so i can get my meds.. *(TORRES )(Gray Shirt Security)* (handwritten)

Its like 45 minutes ive been waiting to get my meds and bed rest...

Here come Jody, She tell gray shirt not to call or open the door...i tell her i need my meds..

Jody calls downstairs and is asking how we got on the second floor..

Jody dont care about my needs, she just want to know how i get up stairs..And abuse her power..

So outta frustration BECAUSE i know this is just RETALIATION AGAINST ME, i kicked the door to my dorm...

Its been a whole hour try to get my meds out the room...

So Jody lied and said i threatened her to get me EDP...

so dhs escort me downstairs to they office..

**Attachments:** 20200114_163440.jpg

WARNING: The email message originated from outside Project Renewal.

So im back in the shelter now...the psych said i didnt need to be edp and it was nothing wrong with me...

Jody is the very unprofessional and me and alot of other clients feel the same...She be running the shelter like she the director..

All she had to do was allow me to get me meds out the closed dorm..

And she lied, i never threatened her..Tht was the only way to get me edp...was to lie and say i threatened her..

Again, denying me my meds hippa, lieing falsifying statement, Violation of my Rehabilitation Act, Violation of the Disability Act

TO WHOW THIS MAY CONCERN, THIS ALL JUST RETALIATION AGAINST ME CAUSE I STAND UP FOR ME AND CLIENTS RIGHTS..

A.Syville

**Anthony Dussard**

| | |
|---|---|
| **From:** | Alphonso Syville <sohoodent27@aol.com> |
| **Sent:** | Friday, January 17, 2020 10:11 AM |
| **To:** | Anthony Dussard |
| **Subject:** | Need printed out |
| **Attachments:** | NYCDS.Scanner_20200116_162534.pdf |

WARNING: The email message originated from outside Project Renewal.

 G.M, I need this printed and a print out of this complaint as soon as possible for complaint and legal reasons
A.Syville
Thanks
On Tuesday, January 14, 2020 Alphonso Syville <sohoodent27@aol.com> wrote:

  To whom this may concern this is against the names above who refuse to let me get my Meds out the room...
  Before my kicking of the door ask Jody why she didnt just let me get meds like they let anybody else in the
room to get they id, appointment slips, etc..
  She lied, i didnt threaten anybody...Especially not her ▓▓▓▓▓...I have a bed rest pass...where am i wrong at
to have to threaten anybody...
  There yall going lieing and falsifing statements to justify they wrong...
  But im at the hospital now and im definitely putting something in the courts behind this...
  Promise yall, the doctors at the hospital agree i dont need no psych help, the emt says jody have a bad attitude
he knew her for years working there
  The psych person is saying i was alil upset and  frustraated because of the pain and the tiredness for standing
and waiting an hour to try to get in the room to get my meds...
...All i need was my Back Meds and Bed rest from running around all day
  Everybody saying i was Feustrated cause of the PAIN.

1

OASIS

To whom THis may CONCERN.
I Alphonso Syville IS experiencing Alot of
THreats and Retaliations from staff at Fort
Washington Shelter and THe Higher up of THe
Department of Homeless Services, THey dening me my
Medication, THey threaten me with Psyical Harm,
THe Mainetance crew THreatenes me In my
Room where there IS No Camera, THey denying
Bed Rest, Denying me Cosemtic & Linen.
   It's like I'm getting Prosecuted for
Standing for us Homeless People Rights

   P.S. I'm being Prosecuted
For standing For me & THe Rest
of the Homeless Clients Rights
And I fear for my Life.

Alphonso Syville

a. Syll



COLUMBIA UNIVERSITY
MEDICAL CENTER

*Discover. Educate. Care. Lead.*

**Emergency Department**
622 West 168th Street • New York, NY 10032
www.nyp.org

⌐ NewYork-Presbyterian Hospital
¬ Columbia University Medical Center

*Main Adult
Emergency Dept.*
**(212) 305-6204**

## EXITCARE® PATIENT INFORMATION

Patient Name: ALPHONSO SYVILLE
Attending Caregiver:

# Excuse from Work, School, or Physical Activity

ALPHONSO SYVILLE needs to be excused from:

*Attachment #2*

☐ Work

☐ School

☐ Physical activity

Beginning now and through the following date:

☐ He/she may return to work or school but still avoid physical activity from now until:

☐ He/she may return to full physical activity as of:

Caregiver's signature: _____

Date: ____01/14/2020____

## ADDITIONAL NOTES AND INSTRUCTIONS

Mr. Syville was evaluated in our Emergency Department and has no indication for acute psychiatric intervention. He should be allowed to follow the directions of his treating physician with regards to his back pain.

Document Released: 6/13/2002 Document Revised: 3/11/2013 Document Reviewed: 7/20/2015
ExitCare® Patient Information ©2015 ExitCare, LLC. This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.



When back pain lasts longer than 3 months, it is called chronic back pain. People
through certain periods that are more intense (*flare-ups*).

## CAUSES

Chronic back pain can be caused by wear and tear (*degeneration*) on different
structures in your back. These structures include:

➢ The bones of your spine (*vertebrae*) and the joints surrounding your spinal
   cord and nerve roots (*facets*).
➢ The strong, fibrous tissues that connect your vertebrae (*ligaments*).

Degeneration of these structures may result in pressure on your nerves. This can lead to constant pain.

## HOME CARE INSTRUCTIONS

➢ Avoid bending, heavy lifting, prolonged sitting, and activities which make the problem worse.
➢ Take brief periods of rest throughout the day to reduce your pain. Lying down or standing usually is better
   than sitting while you are resting.
➢ Take over-the-counter or prescription medicines only as directed by your caregiver.

## SEEK IMMEDIATE MEDICAL CARE IF:

➢ You have weakness or numbness in one of your legs or feet.
➢ You have trouble controlling your bladder or bowels.
➢ You have nausea, vomiting, abdominal pain, shortness of breath, or fainting.

Document Released: 1/25/2006 Document Revised: 3/11/2013 Document Reviewed: 12/1/2012
ExitCare® Patient Information ©2015 ExitCare, LLC. This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any
questions you have with your health care provider.

I request and hereby authorize Columbia University Medical Center to send a copy of my discharge instructions from the
Emergency Department to my physician and it is my responsibility to follow-up after discharge with my doctor.

Patient or Guardian Signature: _____   Date: _____/_____/_____

**Signature acknowledges that Patient and/or Guardian has received these instructions and understands them.**

|  |  |
|---|---|
| _____ / / | _____ / / |
| Patient or Guardian Signature      Date/Time | Witnessed & Instructed by      Date/Time |

**Columbia University Medical Center • General Information • (212) 305-6204**

**NewYork-Presbyterian**
The University Hospitals of Columbia and Cornell

# ED PATIENT DISCHARGE INSTRUCTIONS

| | | | |
|---|---|---|---|
| **Patient Name:** | SYVILLE, ALPHONSO | **MRN:** | 880 91 20 |
| | | **Visit Number:** | 000025357  497 |
| **Date of Birth:** | 27-Sep-1974 | **Visit Date and Time:** | 01/14/2020 14:40 |
| **ED Attending MD:** | McDonald, Steven A | **Discharge Date and Time:** | 01/14/2020 15:52 |

**Discharge Instructions**

• TO PATIENT:
THIS EXAMINATION AND TREATMENT WHICH YOU HAVE RECEIVED HAS BEEN ON AN EMERGENCY BASIS ONLY AND HAS NOT BEEN INTENDED TO BE A SUBSTITUTE OR REPLACEMENT FOR COMPLETE MEDICAL CARE. FOR YOUR PROTECTION AND TO PREVENT POSSIBLE COMPLICATIONS, IT IS SUGGESTED YOU FOLLOW THE RECOMMENDATIONS CHECKED BELOW.

 X-RAYS
The interpretation of your X-rays and other radiological test at the time of your visit to the Emergency Department is a preliminary report. Radiological tests are reviewed before a final report is issued. You will be notified if there is a change in diagnosis. If your symptoms persist or worsen you should return to the Emergency Department.
Additional studies may be necessary as some abnormalities become apparent at a later time.



COLUMBIA UNIVERSITY
MEDICAL CENTER

*Discover. Educate. Care. Lead.*

**Emergency Department**
622 West 168th Street • New York, NY 10032
www.nyp.org

NewYork-Presbyterian Hospital
Columbia University Medical Center

*Main Adult
Emergency Dept.*
**(212) 305-6204**

EXITCARE® PATIENT INFORMATION

Patient Name: <u>ALPHONSO SYVILLE</u>
Attending Caregiver:

# Anger Management

Anger is a normal human emotion. However, anger can range from mild irritation to rage. When your anger becomes harmful to yourself or others, it is unhealthy anger.

CAUSES
There are many reasons for unhealthy anger. Many people learn how to express anger from observing how their family expressed anger. In troubled, chaotic, or abusive families, anger can be expressed as rage or even violence. Children can grow up never learning how healthy anger can be expressed. Factors that contribute to unhealthy anger include:

➢ Drug or alcohol abuse.
➢ Post-traumatic stress disorder.
➢ Traumatic brain injury.

COMPLICATIONS
People with unhealthy anger tend to overreact and retaliate against a real or imagined threat. The need to retaliate can turn into violence or verbal abuse against another person. Chronic anger can lead to health problems, such as hypertension, high blood pressure, and depression.

TREATMENT
Exercising, relaxing, meditating, or writing out your feelings all can be beneficial in managing moderate anger. For unhealthy anger, the following methods may be used:

➢ Cognitive-behavioral counseling (learning skills to change the thoughts that influence your mood).
➢ Relaxation training.
➢ Interpersonal counseling.
➢ Assertive communication skills.
➢ Medication.

Document Released: 10/14/2008 Document Revised: 3/11/2013 Document Reviewed: 2/23/2012
ExitCare® Patient Information ©2015 ExitCare, LLC. This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

# Chronic Back Pain

**NewYork-Presbyterian**
The University Hospitals of Columbia and Cornell

# ED PATIENT DISCHARGE INSTRUCTIONS

## Milstein Emergency Department

| | | | |
|---|---|---|---|
| **Patient Name:** | SYVILLE, ALPHONSO | **MRN:** | 880 91 20 |
| | | **Visit Number:** | 000025357  497 |
| **Date of Birth:** | 27-Sep-1974 | **Visit Date and Time:** | 01/14/2020 14:40 |
| **ED Attending MD:** McDonald, Steven A | | **Discharge Date and Time:** | 01/14/2020 15:52 |

**Discharge Instructions Given:**

Anger Management - 01/14/2020

Chronic Back Pain - 01/14/2020

Form - Excuse from Work, School, or Physical Activity - 01/14/2020

**Follow-Up Instructions:**

**Follow-Up Location**

Follow-up with your Primary Care Physician - Call for Appointment.

**Return to Emergency Department for persistent, worsening, or new symptoms**

including: weakness, difficulty urinating or if you do not feel well

**Radiology:**

No major radiology tests were performed in this visit

**Procedures:**

No major procedures were performed in this visit

**Patient Signature:**

**I Have fully understood what was explained to me:**

**X** _____

Patient or Guardian Signature

SYVILLE, ALPHONSO

Signature acknowledges that Patient and/or Guardian has received this instructions and understands them. Patient and/or Guardian also understands that he/she should follow up with his/her primary care physician once discharged.

*Please join www.mynyp.org to get your results online*

Requested: 01/14/2020   By: Pelliciari, Nicholas Anthony (PA)

Bed Rest Papers
&
Police Service Report

RECEIVED
SDNY PRO SE OFFICE
2020 JAN 24  PM 1: 11

1/24/20

Page 1 of 2

Case Number-
1:20-CV-00571-UA

To whom this may Concern

Here is the bed rest that was giving
to me by the Doctor at Bellvue Hoopplait on
1/14/20.

I Got back to Fort Washington at
12:30 pm with this bed rest pass and for a
Hour the staff ignored me and the doctor pass
and refused to let me rest my back and
Jody refused to let me get my medication for my
back. (See Attact A)

7 other people was present and im telling
Her what Medications I take and my Mental Meds
I take. So EveryBody Know I take back Meds
and Mental Meds for No reason because I
self Medicate. (See Attact B)

Alp Hansey Sylvll
a.tyll

* P.S. Even when we DO THings
Right, It's like we still wrong
For being smart. This is the letter and operation
I've been waiting for since Case# 19CV09988

Page 2 of 2

NYS Jody Violaters their rights
of mines + Believe ( See that that C )

Alphonso Siville
Axiylle

IS South

Attach A

9/27/1974

# Bellevue Hospital Center
462 First Avenue, New York, NY 10016
## Pre-Procedure / Surgery Clearance Checklist

**HEALTH+ HOSPITALS | Bellevue**

| | |
|---|---|
| Today's Date: 1/14/2020 | Referring Service: Pain Management |
| Last Name: Syville | Insurance: health first |
| First Name: Alphonso | Planned Procedure Date: 1/29/2020 @ 1100Am |
| MR #: 3140866 | Planned Procedure: L5-S1 interlaminar epidural steroid injection. |
| Patient's Contact #: 646 673 3205 | |
| Name of Alternate Contact: | Anes. Type: ☑ Local  ☐ General  ☐ Mod. Sedation  ☐ MAC |
| Alternate's Contact #: | Surgical Coordinator's Name: Subety Neal |
| Patient's Primary Language: English | Surgical Coordinator's Contact #: 212 562 5363 |

## APPOINTMENTS REQUIRED FOR PRE-PROCEDURE/SURGERY PROCESSING

| Check Box if Required | Type of Test/Appointment | Appt. Date | Appt. Time |
|---|---|---|---|
| ☐ | Chest X–Ray  Location: Amb. Care Building; 1E | | |
| ☐ | EKG  Location: Amb. Care Building; 1E | | |
| ☑ | Blood Work  Location: Amb. Care Building; 1E | 1/14 | |
| ☑ | Other (Specify): Nurse   Location: 1D | 1/14 | |
| ☐ | Other (Specify):   Location: | | |
| ☐ | Other (Specify):   Location: | | |
| ☐ | Medical Clearance (Adult Only)  ☐ BHC PCP   ☐ Gotv PCP   ☐ Other Facility  • Location:  • PCP Name | | |
| ☐ | Surgical Coordinating Center (SCC)  Hospital Building 15 East 19 - (212) 562 -3208 or 3209 | | |
| ☐ | Pediatric Child Life/Development Pre-Hospitalization & Anesthesia (Pediatric Only) (212) 562-5553 | | |

**Important Information for Outpatients:**
*All required test/ appointments must be completed at least 72 hrs prior to your scheduled procedure / surgery date.  If you find it necessary to change any of your appointments or have any questions, please contact your Bellevue designated Surgical Coordinator.
**Thank you for choosing Bellevue**

(7)

BHC Pre-Surgery Clearance Checklist Rev. 03/31/16

**NYC HEALTH+ HOSPITALS** | **Bellevue**

First Avenue & 27th Street
New York, NY 10016
212-562-4141

1/14/2020

To whom this concerns:

Alphonso Syville (9/27/1974) is a patient on mine in the pain management clinic at Bellevue hospital. Patient with severe lumbosacral radiculopathy. Patient will undergo an epidural steroid injection on 1/29/2020 and should be allowed bedrest as needed until 1/31/2020. If you have any questions, please feel free to reach out to our service.

Thank you,

Angela Zangara Roberts, NP

*Angela Zangara Roberts NP.*

Pain Management Clinic

Bellevue Hospital

212-562-5363

Angela Zangara, FNP
**337951**

*Finally, The Reason I was transferred to Jack Ryan in the first place B4 the Assault*

*Alphonso Syville (8)*

*Definitely Caused Further Damage to an already Injury.*

Beth Israel Medical Center
Pain Management Center

## Patient Instructions for Pain Procedures
### Before Spinal Injections with Local Anesthetics and/ or Steroids

You     decided with your doctor to have a special procedure to help control your pain. Please read these instructions and follow them for your safety. If you have any questions about these instructions, please tell your nurse or doctor.

The special procedures to relieve pain include epidural, spinal, facet joint, and other nerve injections. These injections are given near your spine to provide pain relief and help diagnose your condition. Sometimes more than one injection is needed in order for the pain relief to last.

The side effects from these injections may be: headache, backache, redness, allergic reaction, temporary nerve injury, bleeding around the injection site, and very rarely injury to the spinal cord or bleeding around the spinal cord. The possibility of headache is less than 1%; all other side effects are even less likely. The possibility of bleeding around the spinal cord is less than 1/100, 000.

The procedure you are having is ___ _L5 - S1 interlaminar ESI_ ___

You are going to have the pain procedure on ___ _1-29-2020_ ___

## LOCATION: AMBULATORY SURGERY, 15 South, 15th floor, Hospital Building (H)

Your Surgical Coordinating Appointment is on _____
(15East-19, 15th Floor, Hospital Building)
– You can't proceed with the procedure without going to this appointment)

1. Medications

    You may take your current **pain medications** as prescribed, including on the day of your procedure. You can also take your other medications including your heart and blood pressure medicines with sips of water.

    Talk to your doctor if you are taking any anticoagulation medications like Coumadin, Heparin, Lovenox, etc. You are advised to stop Aspirin & its derivatives 1 week before your scheduled procedure unless otherwise instructed by your medical provider.

2. Diet

    The **Morning** of the Procedure, you may have a light breakfast. For example: toast and tea or coffee. If you must take medications, take them with a few sips of water. Wear loose clothing, do not bring or wear any jewelry, watches or valuables.

6

POLICE S... DEPARTMENT OF H... OMELESS SERVICES

ATTACH B

0048

| Incident Date: | 1 / 14 / 2020 | Location of Occurrence: ☒ Inside ☐ In Front Of ☐ Rear Of ☐ Opposite Of | Floor: 2nd FL |
| Time: 1315 | Unit #: 13G | Bed #: | NYPD Complaint Report #: |

**DETAILS** ("who1twy"): When, Where, Who, What, How, Why    Please Write your narrative with as much detail as possible

AT T/P/O DHSPD was requested by Senior shift Supervisor MS Sudy to the second floor for said client Kicking the Dorm room door. Upon further investigation, DHSPD was informed by Client that he wanted to gain access to his bed for his back medicine and he also had a bed rest pass that was valid until 1/31/2020 that was given from his Doctor. Client also stated that he asked staff and medical staff to resolve the issue, but was being ignored. AT this time MS sudy requested for Client to be EDP'd. Ems was called @ 1315 arrived @ 1345. Ems was called @ Explained the situation and determined that client wasn't classified as a EDP. Client also refused to go to the hospital as a EDP. Ems was informed by psych doctor Radubovic that client will need his psych evaluation / discharge papers to gain access back into the shelter. AT MOD, Ems requested for their supervisor. Ems supervisor LT Caplan arrived @ 1414 and was explained the situation, and Ems LT Caplan convinced the client to go to the Hospital. Ems offsite @ 1430, In route to presbyterian hospital. Bus# 1899 / CAD# 2188 / unit# 13G

**PERSONS INVOLVED** Each person will be assigned a letter: A, B, or C. Once a person is assigned a letter that letter will ALWAYS refer to this person throughout the form. For Example, if Person A is associated with Bob. Every box with the letter A will always refer to Bob. Additional people will be assigned a different letter. Use additional sheet if necessary and assigned AA, BB, CC etc...

| Person | DOB | Role | Who Is Involved | Name | Gender | Ethnicity |
|---|---|---|---|---|---|---|
| A | 9/27/74 | ☐PERP ☐VIC ☐RO ☐OT | ☒C ☐S ☐PO ☐NC ☐CNF | Alphonso, Syville | M☒ O☐ F☐ | ☐American Indian or Alaska Native ☐Native Hawiian or other Pacific Islander / ☐Hispanic Black ☐Black or African ☐Hispanic White / ☐Asian ☐White ☐Refused ☐Don't Know |
| B | | ☐PERP ☐VIC ☐RO ☐OT | ☐C ☐S ☐PO ☐NC ☐CNF | | M☐ O☐ F☐ | ☐American Indian or Alaska Native ☐Native Hawiian or other Pacific Islander / ☐Hispanic Black ☐Black or African ☐Hispanic White / ☐Asian ☐White ☐Refused ☐Don't Know |
| C | | ☐PERP ☐VIC ☐RO ☐OT | ☐C ☐S ☐PO ☐NC ☐CNF | | M☐ O☐ F☐ | ☐American Indian or Alaska Native ☐Native Hawiian or other Pacific Islander / ☐Hispanic Black ☐Black or African ☐Hispanic White / ☐Asian ☐White ☐Refused ☐Don't Know |

| | H.A#/Case# | CARES ID | Title (If DHS Employee) | Shield # | Reporters | Other Role | NLRD | Gang Affiliation | Client Y/N | Reporters |
|---|---|---|---|---|---|---|---|---|---|---|
| A | | 708812 | | | | | Y☐ N☒ | Y☐ N☒ | Y☒ N☐ | |
| B | | | | | | | Y☐ N☐ | Y☐ N☐ | Y☐ N☐ | |
| C | | | | | | | Y☐ N☐ | Y☐ N☐ | Y☐ N☐ | |

| Disposition: | | Statement |
|---|---|---|
| A ☐Arrest ☐Summons ☒Removed to Hospital ☐Referred to Social Services ☐Condition Corrected | A | "I want my meds" |
| B ☐Arrest ☐Summons ☐Removed to Hospital ☐Referred to Social Services ☐Condition Corrected | B | |
| C ☐Arrest ☐Summons ☐Removed to Hospital ☐Referred to Social Services ☐Condition Corrected | C | |

**INCIDENT(S):** Circle All Incidents That Apply    Please refer to code reference guide poster

| ACS | HLT | DTH | DFD | DA | FD | FIRE | FI | FRM | QOL | PRS |
|---|---|---|---|---|---|---|---|---|---|---|
| ACS-1 | HLT-1 | DTH-1 | DFD-1 | DA-1 | FD-1 | FIRE-1 | FI-1 | FRM-1 | QOL-1 | PRS-1 |
| ACS-2 | HLT-2 | DTH-2 | DFD-2 | DA-2 | FD-2 | FIRE-2 | FI-2 | FRM-2 | QOL-2 | |
| ACS-3 | HLT-3 | DTH-3 | DFD-3 | DA-3 | FD-3 | FIRE-3 | FI-3 | FRM-3 | QOL-3 | |
| | HLT-4 | DTH-4 | DFD-4 | DA-4 | FD-4 | FIRE-4 | FI-4 | FRM-4 | | |
| | HLT-5 | DTH-5 | DFD-5 | DA-5 | FD-5 | FIRE-5 | | FRM-5 | | |
| | | DTH-6 | | DA-6 | | FIRE-6 | | | | |
| | | DTH-7 | | DA-7 | | | | | | |
| | | DTH-8 | | DA-8 | | | | | | |
| | | DTH-9 | | | | | | | | |
| | | DTH-10 | | | PSYR | OIND | MP | BT | SO | TFT |
| | | DTH-11 | | | PSYR-1 | OIND-1 | MP-1 | BT | So-1 | TFT-1 |
| | | | | | PSYR-2 | OIND-2 | MP-2 | | So-2 | TFT-2 |
| | | | | | PSYR-3 | | MP-3 | | | |

**NYC**

**Department of Homeless Services**

SHELTER NAME: _____

DATE: ___ / ___ / ___

FAMILY COMPOSITION: # ADULTS _____ # CHILDREN _____

| LAST NAME (HEAD OF HOUSEHOLD) | FIRST NAME | MI |
|---|---|---|
| SOCIAL SECURITY NUMBER | DATE OF BIRTH | CASE # |

# STATEMENT OF CLIENT RIGHTS
# AND CLIENT CODE OF CONDUCT

The **Statement of Client Rights and Client Code of Conduct** sets out the standards for staying in short-term temporary housing assistance ("shelter"). Since shelter is not a home, but rather a stepping stone to permanent housing and rejoining the community, there are certain expectations for you while in shelter. These standards ensure shelters are safe for everyone and that we work together to help you move as quickly as possible from emergency housing to a home.

**While in shelter, your rights include:**

1. The right to exercise your civil rights and religious freedoms;

2. The right to have your personal, financial, social and medical information kept confidential by DHS and shelter staff;

3. The right to meet and have written communications with your legal representatives in private;

4. The right to receive courteous, fair and respectful treatment;

5. The right to remain in the facility, and not be involuntarily transferred or discharged except in accordance with State regulations and the DHS procedures implementing those regulations;

6. The right to present grievances on behalf of yourself and other residents to your shelter or DHS without fear of retaliation and to receive a timely response;

7. The right to manage your own finances;

8. The right to receive visitors in common areas of the facility Monday through Friday between 6 pm and 9 pm and on Saturday and Sunday between 12 pm and 4 pm;

9. The right to leave and return to the facility in accordance with the 10 pm curfew;

10. The right to send and receive mail without interference or interception;

11. The right to be free from physical restraint or confinement; and

12. The right to end your shelter stay at any time.

**Single acts of the following misconduct may lead to the loss of shelter:**

1. You are forbidden to bring weapons and any illegal substances into the shelter.

2. Violence, threatened violence, or other illegal conduct is not permitted and will be reported to law enforcement authorities.

Page 2

6-15-20

CASE # 1:20-CV-00571

Alphonso Syville

Amendment Complaint

RECEIVED
JUN 18 2020
PRO SE OFFICE

Director Name of fort Washington is
"ETTA Geshlin".

JUDY Malloy is the Name of the LaDy
supervisor.

Also Due to the COVID-19 crisis and
me being Homeless inside the Most vulnerable
Place which is the shelter's. It's been
really Difficult to print copies.

So if the courts can provide me with
a Copy of all my paperwork on this case so
FAR, would be really Helpful Due to my lack of
FUNDS I wasn't Able to make or afford any
Copies.

Help Meyer's Shelter

Mailing Address 600 E 125 st 10035

Page 1 of 2

Alphonso Syville

The Copies is well Neeers because of me losing track and Hard to Concenteate Due to my Mental Illness.

Also it's other incients that Happen after the Main Incient.

So I just wanna see what I submitted so far

Pardon me to the Caets but I been going theaugh a lot which causing me to forget and luss track.

Page 2 of 2

A. Syville

**From:** sohoodent27@aol.com,
**To:** Anthony.Dussard@projectrenewal.org, constituentaffairs@dss.nyc.gov, DisabilityAffairs@dss.nyc.gov, Elba.Mendoza@projectrenewal.org, Etta.Graham@projectrenewal.org, Ombudsman@dss.nyc.gov, ombudsman@dhs.nyc.gov, otda.sm.css.bss@otda.ny.gov,
**Subject:** Clients at Mica Fort Washington Single adult shelter
**Date:** Wed, Feb 26, 2020 10:08 am
**Attachments:** Screenshot_2020-02-26-09-57-55.png (747K)

To my case manager Anthony and Supervisor of case managers and the director of Fort Washington...
It is our right to have a client meeting amongst ourselves to talk about better conditions and treatment in fort washington...
Me and the Clients would like to know when we can have our meeting?
We wanna create a CAB

**From:** sohoodent27@aol.com,
**To:** Anthony.Dussard@projectrenewal.org, Elba.Mendoza@projectrenewal.org, Etta.Graham@projectrenewal.org, sgresl@mfjlegal.org, Ombudsman@dss.nyc.gov, info@cfthomeless.org,
**Subject:** Alphonso Bed
**Date:** Fri, Mar 6, 2020 6:06 pm

I thought i was suppose to get my bed back like the assistant director said....
Jody told them i dont get no bed and im number 13tn on the bed list....
Yall serious? I gotta sit out there for the whole weekend with food poisoning and stomach still hurt...
When yall suppose to hold my bed for 48 hours
Let me tell yall right now..i dont feel good, my back is killing me from my operation...
I just sent tht email..

*[handwritten:]* Retaliation
Jody told them
Do Not give me my
Bed Back