UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2020
```

Alphonso Syville,

                Plaintiff,

-against-

City of New York et al.,

                Defendants.

1:20-cv-00571 (LTS) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

      The parties are directed to appear for a Telephone Conference in the above-captioned action on Tuesday, August 11, 2020, at 2:00 p.m. EST. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:     New York, New York
             July 27, 2020

_____
STEWART D. AARON
United States Magistrate Judge