```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alphonso Syville,

                          Plaintiff,

    -against-

City of New York et al.,

                          Defendants.

1:20-cv-00571 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1. No later than Tuesday, August 18, 2020, Defendant Project Renewal shall file a letter providing any contact or other relevant information for Donald Lord or Eugene Davis.

2. The deadline for Defendants to respond to the Amended Complaint (ECF No. 17 Ex. A) is adjourned *sine die*.

3. The parties are directed to appear for a Telephone Conference on Wednesday, September 28, 2020, at 2:00 p.m. EST. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
               August 11, 2020

_____
STEWART D. AARON
United States Magistrate Judge