USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alphonso Syville,

                 Plaintiff,

-against-

City of New York et al.,

                 Defendants.

1:20-cv-00571 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that the Telephone Conference currently scheduled for September 28, 2020, is rescheduled for Wednesday, September 30, 2020 at 10:00 am. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
                September 8, 2020

_____
STEWART D. AARON
United States Magistrate Judge