```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alphonso Syville,

                    Plaintiff,

-against-

City of New York et al.,

                    Defendants.

1:20-cv-00571 (LTS) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties,[1] it is hereby Ordered as follows:

1. No later than Friday, October 9, 2020, counsel for Project Renewal shall file a letter indicating whether he is authorized to accept service on behalf of Defendants Etta Graham and Judy Malloy.

2. The parties are directed to appear for a telephone conference on Friday, October 30, 2020 at 11:00 am. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:    New York, New York
             September 30, 2020

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] The Court notes that Donald A. Lord, the plaintiff in the related case of *Lord v. City of New York et al.*, 20-cv-03890, as well as counsel for the New York City Housing Authority and the New York State Office of Alcoholism Substance Abuse Services (which were terminated as Defendants in this action but remain as Defendants in *Lord*), also appeared. The Court will enter a separate Order in that action.