UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alphonso Syville,

                      Plaintiff,

     -against-

City of New York et al.,

                      Defendants.

1:20-cv-00571 (LTS) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Tuesday, September 21, 2021, at 12:00 p.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

    Plaintiff is reminded that his Amended Complaint is past due (s*ee* 5/3/2021 Memo Endorsement, ECF No. 49 (extending deadline to August 16, 2021)) and that failure to file an Amended Complaint and/or appear for the September 21, 2021 conference may result in the imposition of sanctions up to and including a recommendation to the District Judge that this action be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

    The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff. In addition, a copy of this Order will be emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:     New York, New York
              September 7, 2021

_____
STEWART D. AARON
United States Magistrate Judge