UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2021
```

Alphonso Syville,

                Plaintiff,

-against-

City of New York et al.,

                Defendants.

1:20-cv-00571 (LTS) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

In view of Plaintiff's Letter, dated September 26, 2021, which the Court received yesterday (ECF No. 60), it is hereby Ordered that the Report and Recommendation dated September 22, 2021 (ECF No. 59), recommending that his case be dismissed for failure to prosecute is VACATED.

The deadline for Plaintiff to file an amended pleading is extended until November 6, 2021. Plaintiff is warned that failure to file an amended pleading by the extended deadline will result in a renewed recommendation to the District Judge that this action be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
              September 30, 2021

_____
STEWART D. AARON
United States Magistrate Judge