UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ALPHONSO SYVILLE,

       Plaintiff,

-v-                                            No.  20 CV 00571-LTS-SDA

CITY OF NEW YORK et al.,

       Defendant.

-------------------------------------------------------x

### ORDER ADOPTING REPORT & RECOMMENDATION

The Court has reviewed Magistrate Judge Aaron's December 16, 2021, Report and Recommendation (the "Report") (docket entry no. 62) which recommends that the Court dismiss this case without prejudice for failure to prosecute.  No objections to the Report have been received.

In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C.A. § 636(b)(1)(C) (Westlaw Pub. L. 117-80).  "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record."  Johnson v. New York Univ. School of Educ., No. 00 Civ. 8117, at *1, 2003 WL 21433443 (S.D.N.Y. June 16, 2003) (internal quotation and citation omitted).

The Court has reviewed carefully Magistrate Judge Aaron's thorough and well-reasoned Report and Recommendation and finds no clear error.  The Court therefore adopts the Report in its entirety for the reasons stated therein.  Accordingly, this matter is dismissed without

prejudice for failure to prosecute. The Clerk of Court is respectfully requested to enter judgment accordingly.

    SO ORDERED.

Dated: New York, New York
       January 4, 2022

                                       /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                       Chief United States District Judge

Copy mailed to:
Alphonso Syville
148 West 141st
Apt. 1B
New York, NY, 10030