**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

ALPHONSO SYVILLE,

                Plaintiff,                              20 **CIVIL** 571 (LTS)(SDA)

     -against-                                       **JUDGMENT**

CITY OF NEW YORK et al.,

                Defendants.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 4, 2022, the Court has carefully reviewed Magistrate Judge Aaron's thorough and well- reasoned Report and Recommendation and finds no clear error. The Report is adopted in its entirety. Accordingly, this matter is dismissed without prejudice for failure to prosecute.

**Dated:**  New York, New York
          January 4, 2022

                                                        **RUBY J. KRAJICK**

                                                        _____
                                                         **Clerk of Court**
                         **BY:**       *K. Mango*
                                                         _____
                                                         **Deputy Clerk**